IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1246-WDM-MJW

TIMOTHY G. NUNN

    Plaintiff

v

ST. PAUL TRAVELERS, f/k/a FARMINGTON CASUALTY

    Defendant

---

ORDER VACATING SCHEDULING CONFERENCE
( Docket No 23 )

---

This matter comes before the Court on the parties' Stipulated Motion to Vacate Scheduling Conference (the "Motion"). The Court, having reviewed the Motion and being fully advised in the premises, hereby ORDERS that:

The Motion is GRANTED. The scheduling conference set for May 19, 2006 is VACATED. The parties shall file a Stipulation for Dismissal With Prejudice by May 30, 2006.

Dated this 9th day of MAY, 2006.

BY THE COURT:

_____
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE