IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01246-WDM-MJW

CHERYL NUNN CONSTANT,

        Plaintiff,

v.

ST. PAUL TRAVELERS,

        Defendant.

---

**NOTICE OF DISMISSAL**

---

        The court takes judicial notice that the parties have filed a Stipulated Motion for

Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the

complaint is dismissed with prejudice, each party to pay his or its own costs and

attorneys' fees.

        DATED at Denver, Colorado, on June 6, 2006.

                                BY THE COURT:


                                s/ Walker D. Miller
                                United States District Judge

PDF FINAL